**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation

This Document Relates To: **All Pending Cases**

------------------------------------------------------------X

22 **MD** 3043 (DLC)
22 **MC** 3043 (DLC)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, Final judgment is entered for defendants in all pending member cases. The Clerk of Court is directed to enter judgment for defendants and to close all pending member cases. Accordingly, all pending cases are closed.

**Dated:**  New York, New York

         August 21, 2024

                              **DANIEL ORTIZ**
                              **Acting Clerk of Court**

                    **BY:**

                              _____
                              **Deputy Clerk**